IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL K. CHAPMAN,<br>    Petitioner, | * |
| v. | *     CIVIL ACTION NO. AW-05-2364 |
| WARDEN,<br>    Respondent. | *<br>****** |

## **MEMORANDUM**

The Court received correspondence from Michael Chapman, a state prisoner, on August 25, 2005, seeking this Court's assistance in obtaining copies of his state court trial transcripts from the Maryland Office of the Public Defender. Paper No. 1. The correspondence has been construed as a request for mandamus relief and docketed accordingly. *See* 28 U.S.C. § 1361. Although Petitioner has not filed a Motion for Leave to Proceed in Forma Pauperis, indigency status shall be granted pursuant to 28 U.S.C. § 1915(a).

Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. This federal district court, however, has no mandamus jurisdiction over state employees and cannot compel the Maryland Office of the Public Defender to provide Petitioner a copy of his trial transcript. *Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 586-87 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be denied.

Petitioner also states that he wishes to file a petition for habeas corpus relief. The Clerk shall be directed to mail him a form packet to assist him in doing so.

A separate Order shall be entered reflecting the Opinion set forth herein.

September 6, 2005            _____"s"_____
Date                              Alexander Williams, Jr.
                                  United States District Judge

2